AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __OF NEW YORK__

LYNETTE ROBINSON,

    Plaintiff,

-against-

AMERICAN INTERNATIONAL GROUP, INC.,
ANTHONY DESTEFANO and MATTHEW
FRANKEL,

    Defendants.

**APPEARANCE**

Case Number: 08 CV 1724

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    DEFENDANTS, AMERICAN INTERNATIONAL GROUP, INC., ANTHONY DeSTEFANO and MATTHEW FRANKEL.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/3/2008 | s/ Janice B. Grubin |
| Date | Signature |
| | Janice B. Grubin    (JG-1544) |
| | Print Name    Bar Number |
| | Drinker Biddle & Reath LLP, 140 Broadway, 39th fl. |
| | Address |
| | New York, NY 10005 |
| | City    State    Zip Code |
| | (212) 248-3140    (212) 248-3141 |
| | Phone Number    Fax Number |