**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LYNETTE ROBINSON,<br><br>  Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL GROUP, INC., ANTHONY DESTEFANO, and MATTHEW FRANKEL<br><br>  Defendants. | Case No: 08-CV-1724 (LAK)(JWG) |

## Rule 7.1(a) Disclosure Statement

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant American International Group, Inc. ("AIG") states that AIG is a publicly held company; AIG does not have a parent corporation; and no publicly held company owns 10% or more of AIG's stock.

Dated this 3rd Day of April, 2008

Respectfully submitted by,

  s/ Janice B. Grubin
Janice B. Grubin (JG-1544)
Janice.Grubin@dbr.com
Drinker Biddle & Reath, LLP
140 Broadway, 39th Floor
New York, NY  10005
Telephone:  (312) 248-3140
Facsimile:  (312) 248-3141

Michael J. Sheehan (MS-2958)
(*Pro Hac Vice* pending)
Michael.Sheehan@dbr.com
Kristine Aubin (KA-3689)
(*Pro Hac Vice* pending)
Kristine.Aubin@dbr.com
Drinker Biddle & Reath, LLP
191 N. Wacker Drive, Suite 3700
Chicago, IL 60606

2

Telephone: (312) 569-1000
Facsimile: (312) 569-3000

Attorneys for Defendants American International Group, Inc., Anthony DeStefano and Matthew Frankel

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a copy of Defendant's Rule 7.1(a) Disclosure Statement was served via the ECF system and regular mail on this 3rd day of April, 2008, upon:

> Vincent I. Eke-Nweke
> Law office of Vincent I. Eke-Nweke, P.C.
> 498 Atlantic Avenue
> Brooklyn, NY  11217
> (718) 852-8300
>
> Counsel for Plaintiff

                                               s/ Janice B. Grubin