UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LYNETTE ROBINSON,

    Plaintiff,

-against-

AMERICAN INTERNATIONAL GROUP, INC.,
ANTHONY DESTEFANO and
MATTHEW FRANKEL,

    Defendants.
------------------------------------------------------------------X

DOCKET NO. 08 CV 1724

MOTION TO ADMIT
COUNSEL PRO HAC VICE

Defendants American International Group, Inc. ("AIG"), Anthony DeStefano ("DeStefano"), and Matthew Frankel ("Frankel") (hereinafter collectively referred to as "Defendants") hereby move this Court for an Order permitting Michael J. Sheehan and Kristin E. Aubin to appear *Pro Hac Vice* as counsel for Defendants in the above-captioned lawsuit. Both Mr. Sheehan and Ms. Aubin are members in good standing of the Bar of the State of Illinois, in addition to several other state and federal district and appellate courts, and there are no pending disciplinary proceedings against either in any state or federal court.

This Motion is <u>unopposed</u> by Plaintiff and supported by the attached affidavit of counsel and certificates of good standing for both Mr. Sheehan and Ms. Aubin from the State of Illinois.

Dated: April ___ , 2008
New York, New York

Respectfully submitted,

_____
Janice B. Grubin (JG-1544)
Drinker Biddle & Reath, LLP
140 Broadway, 39th Floor
New York, NY 10005
Telephone: (312) 248-3140
Facsimile: (312) 248-3141
Janice.Grubin@dbr.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

LYNETTE ROBINSON,

        Plaintiff,

DOCKET NO. 08 CV 1724

-against-

AMERICAN INTERNATIONAL GROUP, INC.,
ANTHONY DESTEFANO and
MATTHEW FRANKEL,

AFFIDAVIT OF
JANICE B. GRUBIN IN
SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

        Defendants.

-------------------------------------------------------------------X

Janice B. Grubin, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Drinker Biddle & Reath, LLP and am counsel for Defendants in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Michael J. Sheehan and Kristine E. Aubin as counsel pro hac vice to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1988. I am also admitted to practice in the Supreme Court of United States; in the Court of Appeals for the Second Circuit; in the District Courts for the Southern District of New York, the Eastern District of New York, the Western District of New York, the Northern District of New York, and the District of Connecticut; and in the State of Connecticut. I am in good standing with each of these Courts.

3. I have known Michael J. Sheehan and Kristine E. Aubin since they joined Drinker Biddle & Reath, LLP on February 1, 2008.

4. Mr. Sheehan and Ms. Aubin are partners at Drinker Biddle & Reath, LLP in Chicago, Illinois.

5. I have found Mr. Sheehan and Ms. Aubin to be skilled attorneys and persons of integrity. They are experienced in Federal practice, are familiar with the Federal Rules of Procedure, and both have been admitted pro hac vice in this District Court in other matters.

6. Accordingly, I am pleased to move for the admission of Michael J. Sheehan and Kristine E. Aubin, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Michael J. Sheehan and Kristine E. Aubin, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Michael J. Sheehan and Kristine E. Aubin, pro hac vice, to represent Defendants in the above captioned matter, be granted.

Dated: April ___ , 2008
New York, New York

                                              Respectfully submitted,

                                              Janice B. Grubin (JG-1544)
                                              Drinker Biddle & Reath, LLP
                                              140 Broadway, 39th Floor
                                              New York, NY  10005
                                              Telephone:  (312) 248-3140
                                              Facsimile:  (312) 248-3141
                                              Janice.Grubin@dbr.com

SUBSCRIBED AND SWORN TO before me this ___ day of April, 2008.

Notary Public for New York

My Commission Expires: 6/7/11

DANA GORDON
Notary Public, State of New York
No. 02GO4976694
Qualified in New York County
Commission Expires 6/7/11

# CERTIFICATE OF SERVICE

I, Janice B. Grubin, hereby certify that on this 4th day of April, 2008 I caused a true and correct copy of the foregoing Defendants' Motion to Admit Counsel Pro Hac Vice, Affidavit of Janice B. Grubin in Support of Motion, with annexed exhibits, and Order for Admission Pro Hace Vice on Written Motion to be served by United States first class mail, postage prepaid, upon the following counsel of record:

>Vincent I. Eke-Nweke
>Law Office of Vincent I. Eke-Nweke, P.C.
>498 Atlantic Avenue
>Brooklyn, New York 11217
>Attorneys for Plaintiff

_____
Janice B. Grubin

SFNY1 111089v1

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Kristine E. Aubin

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 6, 1997 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Friday, March 28, 2008.

*Juleann Hornyak*
Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Michael James Sheehan

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on June 2, 1987 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Friday, March 28, 2008.

*Juleann Hornyak*
Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LYNETTE ROBINSON,

              DOCKET NO. 08 CV 1724

      Plaintiff,

-against-

AMERICAN INTERNATIONAL GROUP, INC.,       ORDER FOR ADMISSION
ANTHONY DESTEFANO and                          PRO HAC VICE ON
MATTHEW FRANKEL,                                    WRITTEN MOTION

      Defendants.
------------------------------------------------------------------X

Upon the motion of Janice B. Grubin, attorney for Defendants, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Michael J. Sheehan
> Kristine E. Aubin
> Drinker Biddle & Reath, LLP
> 191 N. Wacker Drive Suite 3700
> Chicago, Illinois 60606
> Tel: (312) 569-1000
> Fax: (312) 569-3000
> michael.sheehan@dbr.com
> kristine.aubin@dbr.com

are admitted to practice pro hac vice as counsel for Defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

**SO ORDERED:**

ENTERED: _____
                    Date

JUDGE: _____