UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LYNETTE ROBINSON,

                Plaintiff,

                08 CIVIL 1724 ( )

      -against-

AMERICAN INTERNATIONAL GROUP, INC.,
ANTHONY DESTEFANO and
MATTHEW FRANKEL,
                Defendants.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Kristine E. Aubin__

[X] *Attorney*

    [ ] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:

    _____

    [X] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[X] *Law Firm/Government Agency Association*

    From: ~~Kristine E. Aubin, Connelly Sheehan & Harris~~

    To: Kristine E. Aubin, Drinker Biddle & Reath LLP

    [ ] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[X] *Address:* 191 North Wacker Drive, Suite 3700
               Chicago, Illinois 60606-1698

[X] *Telephone Number:* (312) 569-1176

[X] *Fax Number:* (312) 569-3176

[X] *E-Mail Address:* kristine.aubin@dbr.com

Dated: April 7, 2008                             */s/ Kristine E. Aubin*