# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

LYNETTE ROBINSON,

    Plaintiff,

-against-

AMERICAN INTERNATIONAL GROUP, INC.,
ANTHONY DESTEFANO and
MATTHEW FRANKEL,

    Defendants.

------------------------------------------------------------X

DOCKET NO. 08 CV 1724
(LAK)

MOTION TO ADMIT
COUNSEL PRO HAC VICE

SCANNED

Defendants American International Group, Inc. ("AIG"), Anthony DeStefano ("DeStefano"), and Matthew Frankel ("Frankel") (hereinafter collectively referred to as "Defendants") hereby move this Court for an Order permitting Michael J. Sheehan and Kristin E. Aubin to appear *Pro Hac Vice* as counsel for Defendants in the above-captioned lawsuit. Both Mr. Sheehan and Ms. Aubin are members in good standing of the Bar of the State of Illinois, in addition to several other state and federal district and appellate courts, and there are no pending disciplinary proceedings against either in any state or federal court.

This Motion is <u>unopposed</u> by Plaintiff and supported by the attached affidavit of counsel and certificates of good standing for both Mr. Sheehan and Ms. Aubin from the State of Illinois.

Dated: April ___, 2008
New York, New York

Respectfully submitted,

/s/ 

Janice B. Grubin (JG-1544)
Drinker Biddle & Reath, LLP
140 Broadway, 39th Floor
New York, NY 10005
Telephone: (312) 248-3140
Facsimile: (312) 248-3141
Janice.Grubin@dbr.com

SO ORDERED

/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08