%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

LYNETTE ROBINSON,

Plaintiff,

v.

AMERICAN INTERNATIONAL GROUP, INC.,
ANTHONY DESTEFANO,
MATTHEW FRANKEL, and
AMERICAN HOME ASSURANCE COMPANY,

Defendants.

AMENDED
SUMMONS IN A CIVIL ACTION

CASE NUMBER: 08 Civ. 01724 (LAK)(JWG)

TO: (Name and address of Defendant)

AMERICAN HOME ASSURANCE COMPANY
70 PINE STREET, NEW YORK, NEW YORK 10270

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICE OF VINCENT I. EKE-NWEKE, P.C.
498 ATLANTIC AVENUE
BROOKLYN, NEW YORK 11217

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                              JUN 1 2 2008

CLERK                                            DATE

(By) DEPUTY CLERK

⬥AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 6/12/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Vincent I. Eke-Nweke | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Served Defendant American Home Assurance company electronically pursuant to consent of counsel for said defendant

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/20/08
         Date

_[signature]_
Signature of Server

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.