**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| LYNETTE ROBINSON | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No: 08-CV-01724 (LAK)(JWG) |
| | : |
| AMERICAN INTERNATIONAL GROUP, INC., ANTHONY DESTEFANO, MATTHEW FRANKEL and AMERICAN HOME ASSURANCE COMPANY, | : |
| | : |
| Defendants. | : |

_____

## Rule 7.1(a) Disclosure Statement of
## Defendant American Home Assurance Company

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant American Home Assurance Company hereby discloses that it is not a publicly held company, but is a subsidiary of Defendant American International Group, Inc. ("AIG").  There are no publicly held corporations that own 10% or more of AIG's stock.


Dated:  June 30, 2008                              Respectfully submitted,


                                                            s/ Kristine Aubin
                                                           Michael J. Sheehan (MS-2958)
                                                           *(Pro Hac Vice)*
                                                           michael.sheehan@dbr.com
                                                           Kristine Aubin (KA-3689)
                                                           *(Pro Hac Vice)*
                                                           kristine.aubin@dbr.com
                                                           Drinker Biddle & Reath, LLP
                                                           191 N. Wacker Drive, Suite 3700
                                                           Chicago, IL 60606
                                                           Telephone:  (312) 569-1000
                                                           Facsimile:  (312) 569-3000

Janice B. Grubin (JG-1544)
janice.grubin@dbr.com
Drinker Biddle & Reath, LLP
140 Broadway, 39th Floor
New York, NY  10005
Telephone:  (212) 248-3140
Facsimile:  (212) 248-3141

Attorneys for Defendants American International Group, Inc., American Home Assurance Company, Anthony DeStefano, and Matthew Frankel

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a copy of the foregoing Rule 7.1(a) Disclosure Statement of Defendant American Home Assurance Company was served via both the Court's ECF filing system and overnight delivery on this 30th day of June, 2008, upon:

>Vincent I. Eke-Nweke
>Law Office of Vincent I. Eke-Nweke, P.C.
>498 Atlantic Avenue
>Brooklyn, NY  11217
>(718) 852-8300
>Counsel for Plaintiff

                                            s/ Kristine Aubin
                                            Kristine Aubin