Patricia A. Cullen, Esq.
DRINKER BIDDLE & REATH LLP
140 Broadway
39th Floor
New York, NY 10005
(212) 248-3140
Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNETTE ROBINSON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL GROUP, INC., ANTHONY DESTEFANO, MATTHEW FRANKEL and AMERICAN HOME ASSURANCE COMPANY,<br><br>    Defendants. | Case No.: 08-CV-1724 (LAK)(JWG)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please enter my appearance in this case as counsel to be noticed for defendants American International Group, Inc., Anthony DeStefano, Matthew Frankel, and American Home Assurance Company.

I certify that I am admitted to practice in this Court.

                                          DRINKER BIDDLE & REATH LLP

                                          By:   /s/ Patricia A. Cullen
                                                   Patricia A. Cullen (PC5201)

Dated: August 19, 2008

PR01/ 758057. 1